Name: MAYRA LANGARICA
Address: 2532 MOUNTAIN VIEW RD EL MONTE CA 91733

Phone: 626-747-3670
Fax:

In Pro Per

MAYRA LANGARICA

FILED
CLERK, U.S. DISTRICT COURT
2/13/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: GSA  DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MAYRA LANGARICA

Plaintiff

v.

INLAND VALLEY HUMANE SOCIETY

Defendant(s).

CASE NUMBER:

~~2:25-cv-00804-UA~~ 2:25-cv-00804-JFW-(MAAx)

To be supplied by the Clerk of
The United States District Court

**COMPLAINT**

ON SEPTEMBER 27, 2024 I MAYRA LANGARICA WAS SURROUNDED BY OFFICER LEON, ADALCO, URIBE, PEREZ, POMONA POLICE OFFICER SANCHEZ, DIAZ, CERVANTEZ, RAMIREWZ, AND PEREZ WITH GUNS. I WAS PARKED BY THE RESTROOMS AT LINCOLN PARK IT WAS SERVICE CALL NUMBER ABC123. THEY TOLD ME I HAD TO GIVE UP MY ROCKY I SAID NO. I WAS FORCED TO GIVE HIM UP AGAINST MY WILL THEY TOOK HIM IN THE WHITE TRUCK AND THEN THEY TURNED AROUND AND TOOK BOY TOO. BOY AND ROCKY ARE MY KING CORSO AND BLACK LAB THAT IVE HAD SINCE THEY WHERE BORN. THEY ARE BROTHERS.

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

WE HAD COURT ON 12/04/2024 AND ADALCO SENT ME AN AMENDMENT OF CITATION FOR E RESCHEDULE ON DATE TO 01/08/2025. THEY DID NOT SHOW UP TO COURT. I WENT TO THE CLERK AND ASKED ABOUT THE CITATION AND I WAS TOLD I SHOULD CONTINUE WAITING THAT IT HANT BEEN FILED YET TO GO TO DA OFFICE. I WENT TO DA OFFICE AND THEY SAID THAT THE CASE HASN T BEEN FILED YET. I ASKED A FEW FRIENDS AND I WAS TOLD TO ASK A SUPERVISOR THAT THE TICKET WASN T ENTERTED IN THE SYSTEM. THAT S WHY IT DOENST POP UP BECAUSE THE OFFICER WHO WRTOTE THE TICKET FORGOT TO ENTER IN THE TICKET IN THE CIOMPUTER. THAT IT S A CLERICAL MISTAKE.

I HAVE BEEN GOING BACK AND FORTH AND TRYING TO GET INFORMATION ACTALLY TO GET MY DOGS RELEASED ASAP BECAUSE MY DOGS ARE JUST PUPPIES AND THIS MISTAKE HAS MESSED UP MY TRAINING WITH THEM THEY ARE TRAUMATIZED AND SO AM I. NOT ONLY THAT IT HAS BEEN FREEZING OUTSIDE AND THEY DON T GIVE MY DOGS BLANKETS. MY BABIES ARE WARM BODY THEY NEED BLANKETS. THIS HAS CAUSED ME TO LOOSE MY MIND BECAUSE OF SO MUCH PAIN BACAUSE OF HOW FREEZING IT IS OUTSIDE AND MY BABIES DON T HAVE BLANKETS.

EVERYDAY I TRY TO GET AN ANSWER AND EVERYDAY EVERYONE ACTS DUMB. THEY DON T SEEN TO UNDERSTAND THAT THEY ARE MESSING WITH OUR LIVES THAT I DON T GO AROUND AND DO THAT TO THEM. AS FAR AS TAKE THEIR KIDS AND HIDE THEM AND KILL THEM AND TORTURE THEM WITH FREEZING COLD. EVERONE ACTS AND SAYS THERES NOTHING THEY CAN DO THAT I DON T KNOW WHAT IM TALKING ABOUT.

02/11/2025

MAYRA LANGARICA

02/13/2025