**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MAYRA LANGARCIA,<br>    Plaintiff,<br><br>v.<br><br>INLAND VALLEY HUMANE SOCIETY,<br>    Defendant. | No. 2:25-cv-00804-JFW-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the recommendations of the Magistrate Judge.

To the extent that the Objections include facts that were not included in Plaintiff's Third Amended Complaint, the Court exercises its discretion not to consider those facts. *Jones v. Blanas*, 393 F.3d 918, 935 (9th Cir. 2004). First, the Magistrate Judge issued two previous orders highlighting the deficiencies in Plaintiff's complaints, giving Plaintiff adequate opportunity to present these facts earlier and to state a factual claim. Moreover, even if the Court were to

consider these facts, they are too conclusory to find that Plaintiff has stated a Fourteenth Amendment claim. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("Threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice.") (citation omitted).

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Third Amended Complaint is dismissed without leave to amend.

3. Judgment shall be entered dismissing this action with prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: May 23, 2025

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE