JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MAYRA LANGARCIA,<br>    Plaintiff,<br>    v.<br>INLAND VALLEY HUMANE SOCIETY,<br>    Defendant. | No. 2:25-cv-00804-JFW-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Third Amended Complaint in this matter is dismissed and the action is dismissed with prejudice.

DATED: May 23, 2025

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE