04-29-25

Mayra Lanyarica,
2532 Mountain View Rd
El Monte Ca 91733
626 7473670
lanyarica996@gmail.com
Pro Se

United States District Court
Central District of California
Western Division

Mayra Lanyarica

vs

Inland Valley Humane Society

2:25-cv-00804-JFW-BFM

Motion for Summary Judgement

5 pages

1

To Your Honorable John F Walter

As I am sitting in Jail I Realize that I have no authority and that all I can do is be thankful to God and to you Your honor as to I am pleading for your forgiveness and understanding that I get upset and forget that I am in need of your help and and understanding that I am new to speaking in front of someone like you but not new to the world and so I ask for forgiveness to everyone and with this being said I ask for a motion to summary Judgement because as I sit here in the psyachetric ward of of the Jail in which the Inland Valley Humane Society has put me where I still think they Gonna kill my dogs who like to play wrestleing and have never killed anyone. In this whole time of 180 days plus of stress that I am going to drive myself nuts and studying and finding a way and Investigating at $400.00 an hour times 16 hrs a day times 180 days equals $1,152,000. workpay I am owed.

Plus my two dogs Boy and Rocky, Return By the humane Society on 500 Humane Way Pomona Ca 91767. If The Inland Valley Humane Society feels any different then they should answer as to why they decided to treat me different than others violating my first fifth and 14 amendment when I called then and showed the Inland Valley Humane Society a picture of Borg Zambrands dog Biting ms Gonzalez dog and They Both claim It was my dogs in the Same incident my dogs come out on the pictures and videos all four dogs. and its the two brown dogs come out "smeling" eachother. my dogs never made no connection all 600 pictures. Borg Zambrano did not get his dog took. or violated mine did I have been suffering making myself crazy. I tried to save my dogs from these lies. They kidnapped my dogs and Im the one in Jail. The inland Valley Humane Society Should have due process checked

2

I have all my paperwork. Including the fake citation given to me by the Carcetine Uribe for court on 01-08-25. She is the Humane officer. No show to court nothing on the docket. Inland Valley Humane Society if you feel I dont deserve the pay of 1,152,000 plus my two healthy dogs Bo and Rocky then please say so if you dont answer within 30 days then I win. ~~Because~~ I dont deserve to be played with when I'm just trying to protect my family just like Ms. Gonzales and Bory Zambrano are trying to protect theirs

04-29-25    S:// Mayra Langarica

P.S. Sheeh... Give me a fake court date I believe was in bad Faith and you making me fail my doctorate in law school National University. +$200,000

4

I Claim you

You owe me.

School 200,000

+ Inv. 1,152,000
Services

+ 2 dogs Boy and Rocky.

$ 1,352,000
And Boy and Rocky
Healthy and Safely
Return to me.

5



