FILED
CLERK, U.S. DISTRICT COURT
JULY 11, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ch___ DEPUTY

HC-001

Name: Mayra Emilia langarica
Address: 2532 mountain view Rd
el monte ca 91733
langarica996@gmail.com
6265330052

CDCR or ID Number: _____

United states District Court
Central District of California

(Court)

Mayra langarica
Petitioner

v.

inland valley humane society c
Respondent

**PETITION FOR WRIT OF HABEAS CORPUS**

No. 2:25-cv-00804-JFW-BFM

(To be supplied by the Clerk of the Court)

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction or sentence and are filing this petition in the superior court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the superior court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original of the petition and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rules 4.551 (as amended January 1, 2024) and 8.380 (as amended

HC-001

**This petition concerns:**

- [ ] A conviction
- [ ] A sentence
- [ ] Jail or prison conditions
- [x] Other (specify): Probation, Vicious Determination
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline
- [x] A violation of the Racial Justice Act under Penal Code section 745(a)

1. Your name: Mayra ___ langarica

2. a. Where are you incarcerated? Lynnwood detention center

   b. If you are not incarcerated, are you on supervised release, such as probation, parole, mandatory supervision, or postrelease community supervision?
   - [x] Yes (specify): probation, Loss of Right and Vicious Determination
   - [ ] No

3. Why are you in custody or on supervised release? [x] Criminal conviction  [ ] Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").
   
   burglary and vandalism

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court:
   
   400 civic center plaza Pomona CA 91767 judge Robert Serna

   d. Case number: 24

   e. Date convicted or committed: _____

   f. Date sentenced/Date of judgment: 05/07/2025

   g. Length of sentence: 180 days

   h. When do you expect to be released? 05/09/2025

   i. Were you represented by counsel in the trial court? [x] Yes [ ] No   *If yes, state the attorney's name and address:*
   
   Walter munoz

4. What was the LAST plea you entered? *(Check one):*

   [x] Not guilty  [ ] Guilty  [ ] Nolo contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

HC-001

6. **CLAIMS FOR RELIEF**
**Claim 1:** State briefly your claim for relief. For example, "The trial court imposed an illegal enhancement," or "an expert witness violated the Racial Justice Act." *(If you have additional claims for relief, use a separate page for each claim. State claim 2 on page 4. For additional claims, make copies of page 4 and number the additional claims in order.)*

the inland valley humane society took possession of my dogs without a warrant and without proper identification and they don't have proper humane officer registration and then they lied to me and they are registered with the secretary of state under a different name they have acted under the color of law and committed a kidnapping crime because I'm mexi an and homeless they caused my homelessness

a. Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*.

these people used to be my friends and saved my boys life and all of a sudden they turned into my enemy they want to kill boy and rocky and they did not provide a jury trial and they are retaliating against me Because I am not okay with the answers they provide. They have a policy of anti-discrimination yet they have not offered any type of help they where suppose to clip off their testicles I have not been offered any type of apology for what they have done.

b. Supporting documents:
Attach declarations, relevant records, transcripts, or other documents supporting your claim. (See *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

I have a minute order of 05/13/2025 they show discrimination there also the court transcripts I have not gotten because I don't have money I have the fake ass court date they gave me to shut me up. what kind of game do you think I am. to accept an answer of theirs a Restraining Order Im asking about the health of my love ones

c. Supporting cases, rules, or other authority *(optional)*:
(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)

under gov code 6208.1 under that paragraph myself and my dogs are protected for four years -and so we are being Neglected. I dont treat my dogs bad and am not going to allow anyone to abuse mines

HC-001

**Claim 2 or Claim** 2 *(if applicable):*
the are fraud, they claim on the website they have a non-discrimination policy they claim they help animals why would they destroy something I am protecting

a. Supporting facts:
on my minute order of 05/13/2025 you can see that they are discriminating and the facts that they are going off is hearsay not proven facts
Research registry 11347 Boy and Rocky are a part of a Research study that Involves the cruelty of the Humane Society and how they conduct Business. I have witness statements that confirm I'm not the only one that they have killed their loved one loving pets.

b. Supporting documents:
minute order 05/13/2025  I have witnesses of the negligence of the humane Society that are not properly trained to handle loving families.

c. Supporting cases, rules, or other authority:
penal code 745 Motion under 28. U.S.C. § 2255 Ca/Penal Code § 59 Mandatory seizure does not apply to Research animals P.C. 599d P.C. 599a

HC-001

7. Did you appeal from the conviction, sentence, or commitment? ☐ Yes ☒ No   If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"): _____
   b. Result: _____   c. Date of decision: _____
   d. Case number or citation of opinion, if known: _____
   e. All issues raised: (1) false claims act
      (2) retaliation
      (3) misconduct
   f. Were you represented by counsel on appeal? ☐ Yes ☒ No   If yes, state the attorney's name and address, if known: _____

8. Did you seek review in the California Supreme Court? ☐ Yes ☒ No   If yes, give the following information:
   a. Result: _____   b. Date of decision: _____
   c. Case number or citation of opinion, if known: _____
   d. All issues raised: (1) _____
      (2) _____
      (3) _____

9. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal (see *In re Dixon* (1953) 41 Cal.2d 756, 759):
   ~~I need help~~

10. Administrative review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Dexter* (1979) 25 Cal.3d 921, 925.) Explain what administrative review you sought or explain why you did not seek such review:
    ~~review of undesputed facts~~ These people are acting under the Color of law yet they are not appointed By Judge or are Registered Humane officers

    b. Did you seek the highest level of administrative review available? ☐ Yes ☒ No
    Attach documents that show you have exhausted your administrative remedies. (See *People v. Duvall* (1995) 9 Cal.4th 464, 474.)

HC-001

12. a. (1) Nature of proceeding (for example, "habeas corpus petition"): 1983
   (2) Name of court: central district court
   (3) Result *(attach order or explain why unavailable)*: dismissed
   (4) Date of decision: 05/23/2025
   (5) Case number or citation of opinion, if known: 2:25-cv-00804-jfw-bfm
   (6) All issues raised: (a) misconduct
                         (b) due process
                         (c) denied protection

   b. (1) Nature of proceeding:
      (2) Name of court:
      (3) Result *(attach order or explain why unavailable)*:
      (4) Date of decision:
      (5) Case number or citation of opinion, if known:
      (6) All issues raised: (a)
                             (b)
                             (c)

13. If any of the courts listed in number 12 held a hearing, state name of court, date of hearing, nature of hearing, and result:
    ~~no hearing~~

14. Explain any delay in discovering or presenting the claims for relief and in raising the claims in this petition. (See *In re Robbins* (1998) 18 Cal.4th 770, 780; Pen. Code, § 1473(e).)
    ~~they don't have an agent registered with the secretary of state they are filed under a different name~~

15. Are you presently represented by counsel? [ ] Yes [x] No    If yes, state the attorney's name and address, if known:

16. Do you have any petition, appeal, or other matter pending in any court? [x] Yes [ ] No    If yes, explain:
    case # 25STCP01783 - state court - Final Judgement on 06-13-25

17. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

HC-001

18. Answer the following questions if you are raising a claim of violation of the Racial Justice Act under Penal Code section 745(a):

   a. Indicate which of the following apply to the case in which you are making a claim for violation of Penal Code section 745(a) *(check all that apply)*:
      (1) [x] Judgment is not final (for example, because an appeal is pending),
      (2) [ ] You are currently serving a sentence in the state prison or county jail under Penal Code 1170(h) for the felony conviction in which you are raising a Racial Justice Act claim,
      (3) [x] This petition is filed **on or after** January 1, 2025, and judgment became final for a felony conviction on or after January 1, 2015, or
      (4) [x] This petition is filed **on or after** January 1, 2026, and judgment is for a felony conviction.

   b. I request relief based on the following *(choose all that apply)*:
      (1) [x] The judge, an attorney, a law enforcement officer, an expert, or a juror in the case exhibited bias or animus toward me because of my race, ethnicity, or national origin.
      (2) [x] During in-court trial proceedings, the judge, an attorney, a law enforcement officer, an expert, or a juror used racially discriminatory language about my race, ethnicity, or national origin. (Racially discriminatory language does not include relaying language used by someone else that is relevant to the case, or giving a racially neutral and unbiased physical description of the suspect.)
      (3) [x] I was charged with or convicted of a more serious offense than defendants of other races, ethnicities, or national origins who have engaged in similar conduct and are similarly situated, **and** the prosecution more frequently sought or obtained convictions for more serious offenses against people who share my race, ethnicity, or national origin in the county where the convictions were sought or obtained.
      (4) [ ] I received a longer or more severe sentence compared to similarly situated individuals convicted of the same offense **and**:
         (a) [x] longer or more severe sentences were more frequently imposed for the same offense on defendants who share my race, ethnicity, or national origin than on others in that county; *and/or*
         (b) [ ] longer or more severe sentences were more frequently imposed for the same offense on defendants in cases with victims of one race, ethnicity, or national origin than in cases with victims of other races, ethnicities, or national origins in that county.

   c. Is your claim based on a statement or conduct by a judge? [x] Yes [ ] No
      If yes, please state the judge's name: judge serna

   d. Do you want appointed counsel? [x] Yes [ ] No
      If yes, can you afford to hire counsel? [ ] Yes [x] No

   e. Do you request permission to amend a pending petition for writ of habeas corpus with this claim? [ ] Yes [ ] No
      (1) If yes, in what court is your petition pending? _____
      (2) If yes, what is the case number of your pending petition? _____

   f. Do you request disclosure of evidence relevant to a potential violation of Penal Code section 745(a)? [x] Yes [ ] No
      (1) [ ] The type of records or information sought is described as follows:
      transcripts from courts Body cams of 03-27-25. Service call 09-27-24 Service call. Body cam of 04-07-25 court appearance
      (2) [ ] The reason the records or information are needed is as follows:

HC-001

g. Are you raising this claim for the first time? [ ] Yes [X] No
   If no, are you raising it again because of new evidence that could not have been previously known to you?

   (1) [X] Yes *(explain):*
   I have been trying to find someone that will address The Inland Valley Humane Society Is Registered under a different Name with the Secretary of State under "the humane society of Pomona Valley inc," and None of the Humane Officers are appointed by a Judge also my boys are nowhere to be found. How is it possible that a non appointed person wearing the uniform can betray me. and take my Rights.

   (2) [ ] No *(explain):*

   If you need additional space to answer any question on this petition, add an extra page and indicate that your answer is "continued on additional page."

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 07/07/2025

▶ *(signature)*
(SIGNATURE OF PETITIONER)





Jose Langarica
2 Mountain View Rd
Monte Ca 91733

BFM
Central District Court
350 W 1st St
Los Angeles Ca 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY