# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 25-804-JFW(BFM)** | Date: July 15, 2025 |

Title: Mayra Langarica -v- Inland Valley Humane Society

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):   ORDER STRIKING STATE REMOVAL TO FEDERAL COURT [filed 7/9/2025; Docket No. 127]**

On July 9, 2025, Plaintiff Mayra Emilia Langarica ("Plaintiff") filed a State Removal to Federal Court (Docket No. 127), attempting to remove an action pending against her in Los Angeles County Superior Court (Case No. 25STCP01783). Plaintiff, however, has failed to comply with the procedures for filing a notice of removal. For example, Plaintiff failed to include a copy of all process, pleadings, and orders served upon her in the state court action in violation of 28 U.S.C. § 1446(a). It is also unclear whether Plaintiff gave written notice to all adverse parties or filed a copy of the notice with the clerk of the State court as required by 28 U.S.C. § 1446(d). In addition, a Notice of Removal shall be filed as a new case (and not filed in this existing action, in which the Court has already entered a Judgment and Plaintiff has filed a Notice of Appeal), and shall be accompanied by Civil Cover Sheet. *See* Local Rules 3-1, 3-2. Accordingly, Plaintiff's State Removal to Federal Court is **STRICKEN**.

IT IS SO ORDERED.